■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO TORRES, Appellant. [992 NYS2d 419]—

Order, Supreme Court, New York County (Daniel McCullough, J.), entered on or about April 18, 2013, which denied defendant's Correction Law § 168-*o* (2) petition to modify his sex offender classification from level three to level one, unanimously affirmed, without costs.

Defendant failed to meet his burden under Correction Law § 168-*o* of presenting clear and convincing evidence that a downward modification of his risk level is warranted. Defendant made a showing of positive factors, including the fact that he did not commit any additional sex crimes in the 12 years since his release from prison. Nevertheless, in light of the seriousness of the underlying conviction, and his prior felony conviction for a sex crime, the court providently exercised its discretion in denying the downward modification (*see People v Cabrera*, 91 AD3d 479 [1st Dept 2012], *lv denied* 19 NY3d 801 [2012]). We also note that defendant did not disclose or explain three convictions that occurred after his release, including one for failure to report a change in address as required by SORA. Defendant's procedural objection to the court's disposition of the petition is unpreserved, and is in any event without merit. Concur—Mazzarelli, J.P., Renwick, Andrias, Richter and Feinman, JJ.